# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WAYNE J. AUCOIN, SR.

NO.   2019 CW 0473

VERSUS

FEDERATED MUTUAL INSURANCE
COMPANY, ROBERTSON OIL
COMPANY, INC. AND S-S-ASMA,
L.L.C.

AUG 0 5 2019

---

In Re:    S-S ASMA LLC and State Farm Fire and Casualty Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 648767.

---

BEFORE:   **McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**

**McDonald, J.,** dissents and would direct the Clerk of this
court to issue a Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT